# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

11/3/10

~~#7643~~ cc

$12.29

#7649

11/8/10

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

     Re:    DUPREY-BONSIGNORE, DANIELLE E.    / Case # 07-22465
             Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

     Enclosed please find my Trustee's check in the amount of $12.29. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

     _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

     _____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claim Register # |
|---|---|---|
| ROUNDUP FUNDING, L.L.C | $3.02 | 2 |
| ROUNDUP FUNDING, L.L.C | $4.32 | 3 |
| Federated Retail Holdings, Inc./Filene's | $4.95 | 4 |

FILED 2010 NOV -8 AM 10: 02 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER

_____
DOUGLAS J. LUSTIG
Trustee

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397

585 232 3730
FAX 585 232 3882
www.cdlglegal.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP